Myrtle Hotchkiss Ripson and Another, Respondents, v. Great American Insurance Company, New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Travelers Indemnity Company, Respondent, v. Jack Green, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

George E. Stevenson and Others, Appellants, v. Holstein-Friesian Association of America, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Leslie Allen, Plaintiff, v. Mercy Hospital of Watertown, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Philip Di Vincentis, Appellant.— Motion granted and appeal dismissed, on the ground that the order is not appealable, upon the authority of *People* v. *Flaherty* (206 App. Div. 733) and section 93, Insanity Law.*    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

John L. White, Respondent, v. James O. Sebring, Appellant.— Motion to vacate order of dismissal denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Frank T. Lawrence, Respondent, v. James O. Sebring, Appellant.— Motion to vacate order of dismissal denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of Margaret T. Edinger, Deceased.— Motion to permit filing of amended notice of appeal so as to include appeal from decree, denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Town of Ellicottville, Respondent, v. Frank H. Ornce, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on March twenty-third. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Edward Oldman and Another, Respondents, v. Olaf W. Peterson, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by March twenty-first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The Delaware, Lackawanna and Western Railroad Company, Respondent, v. Emory Elwood, Appellant, Impleaded with Another, Defendant.— Appeal dismissed, unless appellant, on or before March twenty-first, shall file and serve printed record containing transcript of charge of the court and subsequent proceedings, which were before the court on the argument of the motion. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.